IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOVETTE T. ROSEBURROW**                                                                                           **PLAINTIFF**

v.                                    Case No. 4:23-cv-00059-KGB

**NA SECURITY INC.**                                                                                                 **DEFENDANT**

## ORDER

Before the Court is the motion by plaintiff Jovette Roseburrow for an extension of time to conduct discovery and to continue the trial (Dkt. No. 12). The discovery deadline in this case is currently set for December 15, 2023, and the trial is set for April 15, 2023 (*Id.*, ¶ 1). Plaintiff's counsel states that she has made diligent efforts to complete discovery by the deadline but has been unable to do so due to her busy litigation schedule (*Id.*, ¶¶ 2, 4). Plaintiff's counsel states that she has conferred with defense counsel and that they do not oppose this motion (*Id.*, ¶ 6). For good cause shown, the Court grants the motion (Dkt. No. 12). The Court will reset the case for trial and reset all necessary pretrial deadlines by separate Order.

It is so ordered this 12th day of December, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge