IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOVETTE T. ROSEBURROW**                                                                                **PLAINTIFF**

v.                                  Case No. 4:23-cv-00059-KGB

**NA SECURITY INC.**                                                                                     **DEFENDANT**

## ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 39). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court denies all pending motions as moot (Dkt. Nos. 24; 36), and the Court dismisses with prejudice the action, with each party to bear its own fees and costs.

It is so ordered this 28th day of August, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge